UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MICHAEL A. SINGLETON,

    Petitioner,

v.                                                           No.: 3:12-cv-75
                                                                        (VARLAN/SHIRLEY)

THE P.T.S. EXTRADITION CO.,
THE STATE OF SOUTH CAROLINA,
and THE STATE OF NEW JERSEY,

    Respondents.

**MEMORANDUM AND ORDER**

This is a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petitioner has not paid the required $5.00 filing fee nor has he submitted an application to proceed *in forma pauperis*. The Clerk is **DIRECTED** to send petitioner an application to proceed *in forma pauperis*. The Clerk is further **DIRECTED** to hold the petition for thirty (30) days pending receipt of the $5.00 filing fee or an application to proceed *in forma pauperis*. Petitioner is advised that failure to pay the filing fee, or submit a completed application to proceed *in forma pauperis*, within the time allowed will result in the automatic dismissal of this action without further notice by the Clerk of Court.

**E N T E R :**

                                                                        s/ Thomas A. Varlan
                                                                        UNITED STATES DISTRICT JUDGE